UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case: 5:21−cr−20548 |
| Plaintiff, | CRIMINAL NO. | Assigned To : Levy, Judith E. |
| | | Referral Judge: Stafford, Elizabeth A. |
| v. | HON. | Assign. Date : 8/23/2021 |
| PHILLIP CAPE, | VIO:  18 U.S.C. § 2422(b) | |
| Defendant. | | |

_____/

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
18 U.S.C. § 2422(b)
*Attempted Coercion and Enticement of a Minor*

From on or about September 22, 2018, through on or about February 20, 2020, in the Eastern District of Michigan and elsewhere, the defendant, PHILLIP CAPE, did knowingly use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense, and did attempt to do so, all in violation of 18 U.S.C. § 2422(b).

1

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of the Information are incorporated by reference for the purpose of alleging forfeiture. Upon conviction of any of the offenses charged in Count One of the Information, the defendant shall, forfeit to the United States the following:

- Pursuant to 18 USC § 2428(a)(1), any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense; and

- Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, any property, real or personal, that constitutes or is derived from proceeds traceable to a violation of the offense.

If any property described in the paragraphs above as being forfeitable pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred to, sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of this Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), intends to seek forfeiture of all other property of the defendant up to the value of the above-described forfeitable property.

SAIMA S. MOHSIN
Acting United States Attorney


Benjamin C. Coats
Chief, Major Crimes Unit
Assistant United States Attorney


*s. Maghan Sweeney Bean*
Meghan Sweeney Bean
Assistant United States Attorney

Dated: August 23, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes  ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Phillip Cape

**County where offense occurred:** Oakland

**Check One:**  ☒ Felony  ☐ Misdemeanor  ☐ Petty

    ____Indictment/____Information --- **no** prior complaint.
    ____Indictment/ ✓ Information --- based upon prior complaint [Case number: 20-mj-30088 ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 23, 2021
Date

s/ Meghan Sweeney Bean
Meghan Sweeney Bean
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-0214
Fax:   313-226-2372
E-Mail address: meghan.bean@usdoj.gov
Attorney Bar #: P80790

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.