UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                  Plaintiff,

v.                                                Case No. 5:21−cr−20548−JEL−EAS
                                                    Hon. Judith E. Levy

Phillip Cape,

                  Defendant(s),

_____

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Phillip Cape

The defendant(s) shall appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

- PLEA HEARING:  November 16, 2021 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                       By: s/W. Barkholz
                                                                           Case Manager

Dated:  November 9, 2021